Jean G. Vidal-Font SBN No. 266475
FERRAIUOLI LLC
221 Plaza 5th Floor
221 Ponce de León Ave.
San Juan, Puerto Rico 00917
(787) 766-7000
jvidal@ferraiuoli.com

Steven T. Lowe, Esq. SBN 122208
Kris LeFan, Esq., SBN 278611
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
kris@lowelaw.com

Attorneys for plaintiff: Coho Licensing LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **COHO LICENSING LLC,**<br>  Plaintiff,<br><br>v.<br><br>**LINKEDIN CORPOATION**<br>  Defendant. | **CASE NO.: 14-1577-CW**<br><br>**PLAINTIFF COHO LICENSING, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

1 **PLAINTIFF COHO LICENSING, LLC'S CERTIFICATION OF INTERESTED**

2 **ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

3

4  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

5 named parties, there is no such interest to report.

6

7

8 DATED: July 2nd, 2014        **By:** */s/ Jean G. Vidal-Font*
                               Jean G. Vidal-Font SBN No. 266475
9                              FERRAIUOLI LLC
                               221 Plaza 5th Floor
10                             221 Ponce de León Ave.
                               San Juan, Puerto Rico 00917
                               (787) 766-7000
11                             jvidal@ferraiuoli.com

12                             Steven T. Lowe, Esq. SBN 122208
                               Kris LeFan, Esq., SBN 278611
                               LOWE & ASSOCIATES, P.C.
13                             11400 Olympic Blvd., Suite 640
                               Los Angeles, CA 90064
14                             Telephone: (310) 477-5811
                               Facsimile: (310) 477-7672
15                             kris@lowelaw.com

16                             Attorneys for plaintiff: Coho Licensing LLC

17

18

19

20

21

22

23

1 | **DECLARATION**

2 | I, Jean G. Vidal-Font, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the

3 | concurrence to the filing of this document has been obtained from each signatory hereto.

4 |

5 | DATED: July 2nd, 2014

6 |

7 | By: */s/ Jean G. Vidal-Font*

8 | Jean G. Vidal-Font

9 |

10 |

11 |