IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COHO LICENSING LLC,

    Plaintiff,

  v.

LINKEDIN CORPORATION,

    Defendant.

                                       /

No. C 14-1577 CW

ORDER POSTPONING JULY 9, 2014 CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF MOTION TO RELATE

Plaintiff Coho Licensing LLC and Defendant Linkedin Corporation are scheduled to appear before the Court on July 9, 2014 for a case management conference (CMC). In their joint CMC statement, the parties noted that the action was transferred here from the District of Delaware, along with several other cases brought by Coho asserting the same patents. See Docket No. 50 at 4 (listing cases)[1]. In the lowest-numbered case, the defendants have filed a motion to relate the cases brought by Coho in this district, including the present one. Coho Licensing LLC v. Glam Media Inc. and Ning Inc., 14-cv-1576 JSW, Docket No. 47. The assigned judge has not yet ruled on the motion to relate.

---

[1] The cases are: Coho Licensing LLC v. Glam Media Inc. and Ning Inc., 14-cv-1576 JSW; Coho Licensing LLC v. Glam Media Inc. and Ning Inc., 14-cv-2128 EDL; Coho Licensing LLC v. Linkedin Corp., 14-cv-2131 JCS; Coho Licensing LLC v. AOL Inc., 14-cv-1578 YGR; Coho Licensing LLC v. AOL Inc., 14-cv-1578 YGR; Coho Licensing LLC v. Rovi Corp., 14-cv-1579 PJH; Coho Licensing LLC v. Rovi Corp., 14-cv-2130 EDL; Coho Licensing LLC v. Twitter Inc., 14-cv-2718 SI; Coho Licensing LLC v. Twitter, Inc., 14-cv-2132 NC.

If the motion to relate is granted, it will be necessary to coordinate the schedule of this case with others. Setting a schedule at a CMC while the motion is still pending would not be efficient. Accordingly, the July 9, 2014 is VACATED and will be reset after the motion to relate is decided. It is FURTHER ORDERED that Coho file notice of Defendants' motion to relate in each of the cases implicated by the motion, if it has not already done so.

IT IS SO ORDERED.

Dated: July 3, 2014

CLAUDIA WILKEN
United States District Judge