Jean G. Vidal-Font SBN No. 266475
FERRAIUOLI LLC
221 Plaza 5th Floor
221 Ponce de León Ave.
San Juan, Puerto Rico 00917
(787) 766-7000
jvidal@ferraiuoli.com

Steven T. Lowe, Esq. SBN 122208
Kris LeFan, Esq., SBN 278611
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
kris@lowelaw.com

Attorneys for plaintiff: Coho Licensing LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **COHO LICENSING LLC,**<br> Plaintiff,<br><br>v.<br><br>**LINKEDIN CORPOATION**<br> Defendant. | **CASE NO.: 14-1577-CW**<br><br>**MOTION TO WITHDRAW COUNSEL OF RECORD** |

1    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    PLEASE TAKE NOTICE that the law firm of Bayard, P.A., and its attorneys of record

3    Richard D. Kirk, Stephen B. Brauerman and Vanessa Ribeiro Tiradentes, has withdrawn as

4    counsel of record for plaintiff Coho Licensing LLC ("Coho") in this matter. Coho remains

5    represented by Steve T. Lowe and Kris S. LeFan as lead counsel of record and Jean G. Vidal as

6    attorney to be noticed. Coho requests that the Clerk change the docket sheet accordingly and

7    continue to serve the other counsel of record for Coho whose e-mail addresses have been

8    registered in this case.

10    DATED: July 7, 2014             **By:** */s/ Jean G. Vidal-Font*
                                                      Jean G. Vidal-Font SBN No. 266475
                                                      FERRAIUOLI LLC
                                                      221 Plaza 5th Floor
                                                      221 Ponce de León Ave.
                                                      San Juan, Puerto Rico 00917
                                                      (787) 766-7000
                                                      jvidal@ferraiuoli.com

                                                      Steven T. Lowe, Esq. SBN 122208
                                                      Kris LeFan, Esq., SBN 278611
                                                      LOWE & ASSOCIATES, P.C.
                                                      11400 Olympic Blvd., Suite 640
                                                      Los Angeles, CA 90064
                                                      Telephone: (310) 477-5811
                                                      Facsimile: (310) 477-7672
                                                      kris@lowelaw.com

                                                      Attorneys for plaintiff: Coho Licensing LLC

### DECLARATION

I, Jean G. Vidal-Font, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: July 7, 2014

By: */s/ Jean G. Vidal-Font*

Jean G. Vidal-Font