IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHO LICENSING LLC, | |
| Plaintiff, | No. C 14-01576 JSW |
| v. | |
| GLAM MEDIA, et al., | **ORDER REGARDING JOINT MOTION TO RELATE** |
| Defendants. / | |
| RELATED CASES | No. C 14-01577 JSW<br>No. C 14-01578 JSW<br>No. C 14-01579 JSW<br>No. C 14-02127 JSW<br>No. C 14-02128 JSW<br>No. C 14-02130 JSW<br>No. C 14-02131 JSW<br>No. C 14-02132 JSW<br>No. C 14-02718 JSW |

On July 10, 2014, the Court reviewed and denied the motion to relate Civil Case No. 14-2128, Co*ho Licensing LLC v. Glam Media Inc. and Ning Inc*., Civil Case No. 14-2131, *Coho Licensing LLC v. LinkedIn Corp*., 14-cv-2131, Civil Case No. 14-2127, *Coho Licensing LLC v. AOL Inc*., Civil Case No. 14-2130, *Coho Licensing LLC v. Rovi Corporation*, and Civil Case No. 14-2132, *Coho Licensing LLC v. Twitter, Inc*., 14-cv-2132 to the above captioned matter. The parties have now filed a joint motion to relate these same cases to the above captioned matter. This a motion for reconsideration and the parties should have followed the appropriate procedures under the Northern District Local Civil Rules, such as filing an administrative motion seeking leave to file a motion for reconsideration and making the required showing. The

parties are admonished to familiarize themselves with the Local Rules and with the Court's Standing Orders. Future violations of the Local Rules and the Court's Standing Orders will be sanctioned.

The Court has reviewed the joint motion to relate and is treating it as a motion for reconsideration. The Court finds that, in light of all parties to all ten cases agreeing that the cases should be heard together, reconsideration is warranted. The Court HEREBY GRANTS the motion to relate the cases to the above captioned matter. The Court FURTHER ORDERS that the initial case management conferences for all ten related cases will be held on September 5, 2014. Updated joint case management conference statements shall be filed by no later than August 29, 2014.

**IT IS SO ORDERED.**

Dated: August 11, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE